# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130361

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DEBORAH MOFFAT, Individually
and as Personal Representative of
the Estate of Russell Moffat,
Deceased,
      Plaintiff-Appellant,

v

           SC: 130361
           COA: 256775
           Washtenaw CC: 01-000489-NI

CHARLES A. WISELEY, RONALD N.
WEISER, and McKINLEY ASSOCIATES,
INC.,
      Defendants-Appellees.
_____/

      On order of the Court, the application for leave to appeal the December 13, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

l0619